UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA A. HAYES,

      Plaintiff,

                                      Case No. 1:09-cv-1107

v.

                                      HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant,
_____/

## **JUDGMENT**

      Having issued an order adopting a report and recommendation and affirming the decision of the Commissioner of Social Security, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:   July 5, 2011                                                            /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       Chief United States District